UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SUSHMA SINGH, ) | |
|     Plaintiff, ) | 2:10-cv-1180-KJD-RJJ |
| vs. ) | |
| INDIAN CURRY BOWL, ) | REPORT & RECOMMENDATION |
| ) | OF UNITED STATES |
|     Defendant, ) | MAGISTRATE JUDGE |

This matter is before the Court on an Application to Proceed in District Court Prepaying Fees or Costs (#1) and the proposed complaint attached thereto.

The Court having reviewed the proposed complaint finds that the Plaintiff is attempting to appeal an adverse administrative decision by the State of Nevada regarding unemployment benefits. Unfortunately, the pro se plaintiff is in the wrong court. This action must be filed under state law in the state district court. *See*, NRS 612.530.  Based on the foregoing and good cause appearing therefore,

**RECOMMENDATION**

IT IS THE RECOMMENDATION of the undersigned Magistrate Judge that this matter be **DISMISSED WITH PREJUDICE**.

DATED this   9th   day of December, 2010.

ROBERT J. JOHNSTON
United States Magistrate Judge