# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SUSHMA SINGH,

    Plaintiff,

v.

INDIAN CURRY BOWL,

    Defendant.

Case No. 2:10-CV-01180-KJD-RJJ

**ORDER**

    On December 9, 2010, Magistrate Judge Robert J. Johnston entered a Report & Recommendation (#7) recommending that Plaintiff's complaint be dismissed because the court is without jurisdiction. Objections to the magistrate judge's recommendation were due no later than December 27, 2010. Though the time for doing so has passed, Plaintiff has failed to file objections. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court finds that the Report & Recommendation (#7) of the United States Magistrate Judge entered December 9, 2010, should be adopted and affirmed.

    IT IS THEREFORE ORDERED that the Report & Recommendation (#7) of the United States Magistrate Judge entered December 9, 2010, is **ADOPTED** and **AFFIRMED**;

///

///

1  IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED with prejudice**.

2  DATED this 6th day of January 2011.

_____
Kent J. Dawson
United States District Judge